UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| TINIKA GRIER,<br><br>    Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE<br>MANAGEMENT, LLC<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§    1:24-CV-02948-SDG-JEM<br>§<br>§<br>§<br>§<br>§<br>§ |

### **DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Credence Resource Management, LLC ("CRM"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby submits its Answer and Affirmative Defenses to the Complaint filed by plaintiff, Tinika Grier, and states:

### **I.   INTRODUCTION**

1. CRM admits only that plaintiff brings this action on an individual basis but denies any and all violations, liability, damages, and/or wrongdoing under the law. Except as specifically admitted, CRM denies the allegations in ¶ 1.

1

2. CRM denies the allegations in ¶ 2.

## II. JURISDICTION AND VENUE

3. CRM denies the allegations in ¶ 3 as calling for a legal conclusion.

4. CRM denies the allegations in ¶ 4.

## III. PARTIES

5. Upon information and belief, CRM admits the allegations in ¶ 5.

6. CRM denies the allegations in ¶ 6 as calling for a legal conclusion.

7. CRM denies the allegations in ¶ 7 as calling for a legal conclusion.

8. CRM denies the allegations in ¶ 8.

9. CRM admits only that part of its business involves the collection of unpaid obligations. Except as specifically admitted, CRM denies the allegations in ¶ 9.

## IV. FACTS OF THE COMPLAINT

10. CRM admits that plaintiff is a natural person and that plaintiff's creditor placed plaintiff's unpaid account with it for collection. Except as specifically admitted, CRM denies the allegations in ¶ 10.

11. CRM denies the allegations in ¶ 11 as calling for a legal conclusion.

12. CRM admits that plaintiff is a natural person and that plaintiff's creditor placed plaintiff's unpaid account with it for collection. Except as specifically admitted, CRM denies the allegations in ¶ 12.

13. CRM denies the allegations in ¶ 13 for lack of knowledge or information sufficient to form a belief therein.

14. CRM denies the allegations in ¶ 14 for lack of knowledge or information sufficient to form a belief therein.

15. CRM admits it furnished a trade line to Experian in the amount of $853.48. Expect as specifically admitted, CRM denies the allegations in ¶ 15.

16. CRM denies the allegations in ¶ 16.

17. CRM denies the allegations in ¶ 17.

18. CRM denies the allegations in ¶ 18.

19. CRM denies the allegations in ¶ 19.

20. CRM denies the allegations in ¶ 20.

21. CRM denies the allegations in ¶ 21.

### V.     FIRST CLAIM FOR RELIEF
### Violations of 15 U.S.C. § 1692e(8) – False, Deceptive, or Misleading Collection Actions

22. CRM reasserts the foregoing as if fully stated herein.

23. CRM denies the allegations in ¶ 23.

24. CRM denies the allegations in ¶ 24.

25. CRM denies the allegations in ¶ 25.

26. CRM denies the allegations in ¶ 26.

27. CRM denies the allegations in ¶ 27.

28. CRM denies the allegations in ¶ 28.

29. CRM denies the allegations in ¶ 29.

30. CRM denies the allegations in ¶ 30.

31. CRM denies the allegations in ¶ 31.

32. CRM denies the allegations in ¶ 32.

## VI.   **JURY DEMAND AND PRAYER FOR RELIEF**

CRM denies any and all violations and denies plaintiff is entitled to any relief.

## **AFFIRMATIVE DEFENSES**

1. To the extent that any violations are established, any such violations were not intentional and resulted from *bona fide* error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. CRM denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of CRM's purported violations.

3. One or more claims asserted by plaintiff are barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

4. Assuming that plaintiff suffered any damages, she has failed to mitigate his damages or take other reasonable steps to avoid or reduce her damages.

5. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than CRM and were beyond the control or supervision of CRM or for whom CRM was and is not responsible or liable.

8. Plaintiff has failed to state a claim against CRM upon which relief may be granted.

WHEREFORE, Defendant, Credence Resource Management, LLC, respectfully requests the Court dismiss this action with prejudice and grant it any other relief the Court deems appropriate.

Date:  August 12, 2024                    Respectfully submitted,

*/s/ Kirsten H. Smith*
Kirsten H. Smith (#702220)
SESSIONS, ISRAEL & SHARLTE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943
Facsimile:  (504) 828-3737
Email: ksmith@sessions.legal
*Attorney for Defendant*
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE & COMPLIANCE

I hereby certify that on August 12, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court and served via US Mail on the pro se plaintiff at her address listed in the Court's docket.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Kirsten H. Smith*
Kirsten H. Smith